IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLIFFORD CHESSER,

Plaintiff,

-vs-

VERIZON WIRELESS PERSONAL
COMMUNICATIONS, LP d/b/a
VERIZON WIRELESS,

CASE NO.: 3:13-CV-1544-J-39JBT

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 14 July, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants: Robert J. Alwine, Esq., Manos Alwine, P.L., 1001 Brickell Bay Drive, Suite 1200, Miami, FL 33131; ralwine@ma-lawfirm.com.

Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #: 0135534
Attorney for Plaintiff