UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CLIFFORD CHESSER,**

   **Plaintiff,**

v.           **Case No: 3:13-cv-1544-J-39JBT**

**VERIZON WIRELESS PERSONAL
COMMUNICATIONS, LP, d/b/a
Verizon Wireless,**

   **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 28; Stipulation) filed on September 5, 2014. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

  **ORDERED**:

  1. This case is **DISMISSED with prejudice.**

  2. Each party shall bear their own attorney's fees, costs and expenses.

  3. The Clerk of the Court is directed to terminate all pending motions and close the file.

  **DONE** and **ORDERED** in Jacksonville, Florida this _9th_ day of September, 2014.

          _____
          BRIAN J. DAVIS
          United States District Judge

em

Copies to:

Counsel of Record